**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

[ ] Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Triax Capital Advisors LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 37-1831326 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 22 Harvest Drive | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| Scarsdale    NY    10583 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Westchester County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

Debtor __Triax Capital Advisors LLC_____ Case number (if known)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

6799____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When ____/____/_____ Case number _____
                                               MM / DD / YYYY
      District _____ When ____/____/_____ Case number _____
                                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
      District _____ When ____/____/_____
                                                        MM / DD / YYYY
      Case number, if known _____

Debtor __Triax Capital Advisors LLC_____   Case number *(if known)*_____
       Name

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ❑ It needs to be physically secured or protected from the weather.

    ❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ❑ Other _____

    **Where is the property?** _____
    Number     Street

    _____

    _____
    City                                    State    ZIP Code

    **Is the property insured?**

    ❑ No
    ❑ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*

    ☑ Funds will be available for distribution to unsecured creditors.
    ❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49                ❑ 1,000-5,000         ❑ 25,001-50,000
    ❑ 50-99               ❑ 5,001-10,000        ❑ 50,001-100,000
    ❑ 100-199             ❑ 10,001-25,000       ❑ More than 100,000
    ❑ 200-999

15. **Estimated assets**

    ❑ $0-$50,000              ☑ $1,000,001-$10 million        ❑ $500,000,001-$1 billion
    ❑ $50,001-$100,000        ❑ $10,000,001-$50 million       ❑ $1,000,000,001-$10 billion
    ❑ $100,001-$500,000       ❑ $50,000,001-$100 million      ❑ $10,000,000,001-$50 billion
    ❑ $500,001-$1 million     ❑ $100,000,001-$500 million     ❑ More than $50 billion

Debtor   Triax Capital Advisors LLC                                          Case number (*if known*)_____
         Name

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/11/2019
             MM / DD / YYYY

✗ /s/ Joseph Sarachek                              Joseph Sarachek
Signature of authorized representative of debtor    Printed name

Title  Managing Memeber

**18. Signature of attorney**

✗ /s/ Erica Aisner                              Date  12/11/2019
Signature of attorney for debtor                      MM / DD / YYYY

Erica Aisner
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road Suite 237
Number    Street

Scarsdale                                    NY           10583
City                                         State        ZIP Code

(914) 401-9500                               eaisner@kacllp.com
Contact phone                                Email address

4106084                                      NY
Bar number                                   State

United States Bankruptcy Court
Southern District of New York

In re: Triax Capital Advisors LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 12/11/2019

/s/ Joseph Sarachek
Signature of Individual signing on behalf of debtor

Managing Memeber
Position or relationship to debtor

Beard Kultgen Brophy Bostwick & Dickson, PLLC
Attn: Sam Hays, Esq.
220 South Fourth Street
Waco, TX 76701

Bergen Claim Funding
c/o Bulldog Investors
250 Pehle Avenue
Saddle Brook, NJ 07663

Ethan A. Brecher
600 Third Avenue
2nd Floor
New York, 10016

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Izower Feldman, LLP
85 Broad Street
18th Floor
New York, NJ 10004

Jerome E. Goldman Esq., PC
1216 48th Street
Brooklyn, NY 11219

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

New York State Department of Labor
Building 12, W. Averell Harriman
State Office Campus
Albany, NY 12240

Norma Loren
601 Palm Drive
Arlington, VA 22209

Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014

Principal Land
477 Madison Street
Brooklyn, NY 11221-2688

Southern Financial Group
900 Austin Avenue
Waco, TX 76701

Stillwater Investors
7380 S. Eastern
Las Vegas, NV 89123