Rosemarie E. Matera, Esq.
Kurtzman Matera, P.C.
Attorneys for Principal Land, LLC
80 Red Schoolhouse Road
Suite 110
Chestnut Ridge, New York  10977
(845) 352-8800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
In re:

   TRIAX CAPITAL ADVISORS, LLC,                 Chapter 11

                       Debtor                     Case No . 19-24145(RDD)

----------------------------------x

## NOTICE OF ADJOURNMENT

      PLEASE TAKE NOTICE that the Application of Principal Land, LLC, creditor and party of interest, for an Order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure authorizing the production of documents and and Examination of the Debtor and Joseph E. Sarachek, originally scheduled to be heard before the Honorable Robert D. Drain, at the Courthouse at 300 Quarropas Street, White Plains, New York  10601 on Friday, March 27, 2020 at 10:00 a.m., has been adjourned by the Court and is now scheduled for hearing and presentment on April 20, 2020 at 10:00 a.m.

Dated:  March 23, 2020

                                                        Kurtzman Matera, P.C.
                                                        Attorneys for Principal Land, LLC

                                                         /s/ Rosemarie E. Matera
                                                        Rosemarie E. Matera, Esq.