EXHIBIT A

**KIRBY AISNER & CURLEY LLP**
*Proposed Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500
Erica R. Aisner, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

TRIAX CAPITAL ADVISORS LLC,

Debtor.
----------------------------------------------------------X

Chapter 11

Case No. 19-24145(rdd)

## DECLARATION OF JOSEPH SARACHEK
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

JOSEPH SARACHEK, hereby declares under penalties of perjury:

1.      I am the sole and managing member of Triax Capital Advisors LLC, the above-referenced debtor and debtor-in-possession (the "Debtor"). As such, I am fully familiar with the Debtor's operations, businesses and financial affairs.

2.      I submit this declaration pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1007-2 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York.

### BACKGROUND

3.      The Debtor has been engaged in the restructuring business since 2001, first as a restructuring advisory firm and more recently as an investor in bankruptcy trade claims.

4.      In the past several years, the two primary acquisitions the Debtor has made were in the receivership proceeding of the Stanford International Bank pending in Antigua in the chapter 11 proceeding of Life Partners, Inc which is pending in the Western District of Texas.  Currently,

the Debtor owns approximately $12.2 million (face amount) of claims in the Stanford proceeding

and a 50% membership interest in LPAQ, LLC, a partnership which holds 9,567,604 units in the

liquidating trust which has resulted from the Life Partners proceeding.

5.      The Debtor was forced to filed for chapter 11 bankruptcy relief in order to stay the

"firesale" sale of its 50% interest in LPAQ, LLC by one of the Debtor's creditors.   As a result of

the work of the Trustee of the Life Partners Trust, the Debtor is entitled to receive approximately

$77,414.59 in a cash distribution recently authorized, the receipt of which is anticipated shortly.

This is only a small portion of the recovery that the Debtor anticipates on account of its investment

in this asset.

6.      The Debtor intends to utilize the chapter 11 process to maintain control over its

assets while it works to maximize and monetize their value for the benefit of all creditors, not just

one.

7.      As such, the Declarant submits that the best interests of the estate and its creditors

will be served through this Chapter 11 case and the Debtor remaining in possession of its assets

and managing its own affairs, under the supervision of the Court, as a debtor-in-possession.

## INFORMATION REQUIRED BY LOCAL BANKRUTPCY RULE 1007-2

8.      In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain

information related to the Debtor, which is set forth below.

**Local Rule 1007-2(a)(1)**

9.      As set forth herein, the Debtor is an investment company which trades in

bankruptcy related assets.

**Local Rule 1007-2(a)(2)**

2

10.    This case was not originally commenced under Chapter 7 or 13 of title 11 of the

United States Code, 11 U.S.C. §§ 101, et seq.

**Local Rule 1007-2(a)(3)**

11.    Upon information and belief, no committee or professionals were employed prior to

the filing of the Order for relief.

**Rule 1007-2(a)(4)**

12.    A list of the holders of the 20 largest general unsecured claims is annexed hereto as

*Exhibit A***.**

**Local Rule 1007-2(a)(5)**

13.    A list of the Debtor's 5 largest secured creditors is annexed hereto as *Exhibit B*.

**Local Rule 1007-2(a)(6)**

*14.*    A summary of assets and liabilities is annexed hereto as *Exhibit C.*

**Local Rule 1007-2(a)(7)**

15.    There are no publicly held securities of the Debtor.

**Local Rule 1007-2(a)(8)**

16.    None of the Debtor's property is in possession of a receiver or custodian.

**Local Rule 1007-2(a)(9) and (10)**

17.    The Debtor maintains offices in Scarsdale, New York as well as 101 Park Avenue,

New York New.  The Debtor has no assets located outside the territorial limits of the United States.

**Local Rule 1007-2(a)(11)**

18.    There are currently three lawsuits currently pending against the Debtor.

**Local Rule 1007-2(a)(xiii)**

19.    The Debtor's senior management consists of Declarant.

**Local Rule 1007-2(b)(1)-(3)**

20.    The Debtor's estimated payroll to non-insider, non-officer employees for the thirty

(30) day period following the Chapter 11 petition is $4,000.   The Debtor's estimated payroll to

insider officers for the thirty (30) day period following the Chapter 11 petition is $0.

21.    The Debtor anticipates distributions on account of its investment holdings in excess

of $150,000 and expenses of only approximately $4,000 over the same thirty (30) day period.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Scarsdale, New York
        December 27, 2019

_____*/s/ Joseph Sarachek*_____
JOSEPH SARACHEK

## Exhibit "A"

### Twenty Largest Unsecured Creditors

| | |
|---|---|
| Principal Land<br>477 Madison Street<br>Brooklyn, NY, 11221-2688 | $1,210,000 |
| Norma Loren<br>601 Palm Drive<br>Arlington, VA, 22209 | $992,081 |
| Bergen Claim Funding<br>c/o Bulldog Investors<br>250 Pehle Avenue<br>Saddle Brook, NJ, 07663 | $250,000 |
| Stillwater Investors<br>7380 S. Eastern<br>Las Vegas, NV, 89123 | $125,000 |
| Izower Feldman, LLP<br>85 Broad Street<br>18th Floor<br>New York, NJ, 10004 | $75,000 |
| New York State Department of Labor<br>Building 12, W. Averell Harriman State Office Campus<br>Albany, NY, 12240 | $15,000 |

## <u>Exhibit "B"</u>

### Five Largest Secured Creditors

Southern Financial Group                                    $1,390,000
900 Austin Avenue
Waco, Texas 76701

## Exhibit "C"

### Summary of Assets and Liabilities

*To be provided*


EXHIBIT B



**U.S. Department of Justice**
Office of the United States Trustee
*Southern District of New York*

U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Phone: (212) 510-0500
Fax: (212) 668-2255/2361

February 27, 2020

**Via Email**
Erica Feynman Aisner
Kirby Aisner & Curley LLP
700 Post Road
Ste. 237
Scarsdale, NY 10583
.

>       **Re:    Triax Capital Advisors LLC, 19-24145-rdd**

Dear Erica:

I wanted to put in writing our understanding from today. By the close of business on March 5, 2020, the Debtor should provide the following to my office:

(1)    The last three years of federal and state tax returns of the Debtor's principal. The Debtor testified that the Debtor did not have its own tax returns but reported on the tax returns of the Debtor's principal. The Debtor intends to redact information and the United States Trustee reserves his right to assert at some future time that the redactions were inappropriate.

(2)    All insider transactions for the last three years, with the definition of "insider" interpreted broadly to include the principal's other business interests and family members.

(3)    A statement of what the Debtor kept as its "books and records." The Debtor apparently did not keep ledgers or journals as such. The Debtor has bank accounts and transaction accounts. The Debtor was going to review what it has in the way of records, and among other things, list its bank accounts.

_____

Monthly operating reports will be filed with the same deadline.

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:  */s/ Greg M. Zipes*
Greg M. Zipes
Trial Attorney

EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re  TRIAX CAPITAL ADVISORS, LLC

Debtor

Case No. 19-24145

Reporting Period: 01/1/20-01/31/20

Federal Tax I.D. #  37-1831326

### CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of
the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor                              Date

Signature of Authorized Individual*                Date    3-3-20

Printed Name of Authorized Individual             Date
Joseph E. Sarachek

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

In re TRIAX CAPITAL ADVISORS, LLC

Debtor

Case No. 19-24145

Reporting Period: 01/1/20-01/31/20

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amount reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursement journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | 1000 | | 0 | 0 | 0 |
| RECEIPTS | | | | | |
| CASH SALES | 0 | | 0 | 0 | 0 | 0 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | |
| LOANS AND ADVANCES | | | | | |
| SALE OF ASSETS | | | | | |
| OTHER (ATTACH LIST) | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | |
| TOTAL RECEIPTS | | | | | |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | | | | | |
| PAYROLL TAXES | | | | | |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | |
| INSURANCE | | | | | |
| ADMINISTRATIVE | | | | | |
| SELLING | | | | | |
| OTHER (ATTACH LIST) | | | | | |
| OWNER DRAW * | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | |
| PROFESSIONAL FEES | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | |
| COURT COSTS | | | | | |
| TOTAL DISBURSEMENTS | 0 | | 0 | 0 | 0 | 0 |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | |
| | | | | | |
| CASH – END OF MONTH | 1000 | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE.

## THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |

In re TRIAX CAPITAL ADVISORS, LLC                    Case No. 19-24145
    Debtor                                   Reporting Period: 01/1/20-01/31/20

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating # | Payroll # | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 1000 | 0 | 0 | 0 |
|  |  |  |  |  |
| **BANK BALANCE** | 0 | 0 | 0 | 0 |
| **(+) DEPOSITS IN TRANSIT** *(ATTACH LIST)* | 0 | 0 | 0 | 0 |
| **(-) OUTSTANDING CHECKS** *(ATTACH LIST):* |  |  |  |  |
| **OTHER** *(ATTACH EXPLANATION)* |  |  |  |  |
| **ADJUSTED BANK BALANCE \*** | 1000 |  |  |  |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

OTHER

_____

_____

_____

_____

In re TRIAX CAPITAL ADVISORS, LLC
Debtor

Case No. 19-24145
Reporting Period: 01/1/20-01/31/20

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUE | MONTH | CUMULATIVE FILING TO DATE |
|---|---|---|
| Gross Revenue | | |
| Less: Returns and Allowances | | |
| Net Revenue | | |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | | |
| Insurance | 52.46 | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | 52.46 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | -52.46 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | -52.46 | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 2567.5 | |
| U.S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | 2567.5 | |
| Income Taxes | | |
| Net Profit (Loss) | -2619.96 | |

*Insider is defined in 11 U.S.C. Section 101(31).

### BREAKDOWN OF "OTHER" CATEGORY

**OTHER COSTS**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**OTHER OPERATIONAL EXPENSES**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**OTHER INCOME**

| | | |
|---|---|---|
| | | |
| | | |

**OTHER EXPENSES**

| | | |
|---|---|---|
| | | |
| | | |

**OTHER REORGANIZATION EXPENSES**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re TRBAX CAPITAL ADVISORS, LLC    Case No. 19-24145
Debtor    Reporting Period: 01/1/20-01/31/20

## BALANCE SHEET

*The balance sheet must be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition liabilities.*

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | | | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | 1.00 | 1.00 | 1.00 |
| Accounts Receivable (Net) | 172,094.83 | 172,094.83 | 172,094.83 |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | 104.92 | | |
| Professional Retainers | | | |
| Other Current Assets (attach schedule) | 2,500,000 | 2,500,000 | 2,500,000 |
| *TOTAL CURRENT ASSETS* | 2,673,200 | 2,673,095 | 2,674,095 |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | | | |
| *TOTAL PROPERTY & EQUIPMENT* | 0 | 0 | 0 |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | 0 | 0 | 0 |
| Other Assets (attach schedule) | | | |
| *TOTAL OTHER ASSETS* | 2,673,199.75 | 2,673,095 | 2,674,095 |
| *TOTAL ASSETS* | 2,673,199.75 | 2,673,095 | 2,674,095 |
| **LIABILITIES AND OWNER EQUITY** | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | | | |
| Taxes Payable (refer to FORM MOR-4) | | | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities (attach schedule) | | | |
| *TOTAL POST-PETITION LIABILITIES* | | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | 1,675,516.56 | 1,675,516.56 | 1,675,516.56 |
| Priority Debt | | | |
| Unsecured Debt | 2,582,081.18 | 2,582,081.18 | 2,582,081.18 |
| *TOTAL PRE-PETITION LIABILITIES* | | | |
| *TOTAL LIABILITIES* | 4,257,597.74 | 4,257,597.74 | 4,257,597.74 |
| **OWNER EQUITY** | | | |
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | (1,584,397.99) | (1,584,502.91) | (1,584,502.91) |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity (attach schedule) | | | |
| Post-petition Contributions (attach schedule) | | | |
| *NET OWNERS' EQUITY* | -1584397.99 | -1584502.91 | -1584502.91 |
| *TOTAL LIABILITIES AND OWNERS' EQUITY* | 2,673,199.75 | 2,673,094.83 | 2,673,094.83 |

*Insider* is defined in 11 U.S.C. Section 101(31).

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | | | |
| Sanford International Spin Claim | 1,250,000.00 | 1,250,000.00 | 1,250,000.00 |
| EFAQ | 1,500,000.00 | 1,500,000.00 | 1,500,000.00 |
| | | | |
| | | | |
| | | | |
| **Other Assets** | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Adjustments to Owner's Equity** | | | |
| | | | |
| | | | |
| **Post-Petition Contributions** | | | |
| | | | |
| | | | |

Restricted Cash - Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re TRIAX CAPITAL ADVISORS, LLC

Case No. 19-24145

Debtor

Reporting Period: 01/1/20-01/31/20

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Post-petition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

In re TRIAX CAPITAL ADVISORS, LLC

Debtor

Case No. 19-24145

Reporting Period: 01/1/20-01/31/20

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | 172,094.83 | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | 172,094.83 | | |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re TRIAX CAPITAL ADVISORS, LLC
Debtor

Case No. 19-24145
Reporting Period: 01/1/20-01/31/20

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | 2567.5 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re TRIAX CAPITAL ADVISORS, LLC
        Debtor

Case No. 19-24145

Reporting Period: 01/1/20-01/31/20

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 | Are any post petition payroll taxes past due? | | x |
| 9 | Are any post petition State or Federal income taxes past due? | | x |
| 10 | Are any post petition real estate taxes past due? | | x |
| 11 | Are any other post petition taxes past due? | | x |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | x |
| 13 | Are any amounts owed to post petition creditors delinquent? | | x |
| 14 | Are any wage payments past due? | | x |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | x |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From January   01, 2020
To   January   31, 2020
Page   1 of   2

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

TRIAX CAPITAL ADVISORS LLC            8-722
DEBTOR IN POSSESSION  CASE # 19 24145
(OPERATING ACCOUNT)
22 HARVEST DR
SCARSDALE NY  10583        999            See Back for Important Information

Primary Account: ▩▩▩▩▩12        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▩▩▩▩12   BANKRUPTCY CHECKING | | .00 | .00 |
| RELATIONSHIP        TOTAL | | | .00 |

# SIGNATURE BANK

Statement Period
From January   01, 2020
To   January   31, 2020
Page     2 of     2

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

TRIAX CAPITAL ADVISORS LLC              8-722
DEBTOR IN POSSESSION  CASE # 19 24145
(OPERATING ACCOUNT)
22 HARVEST DR
SCARSDALE NY  10583          999

See Back for Important Information

Primary Account: 2          0

BANKRUPTCY CHECKING          712

Summary

Previous Balance as of January   01, 2020                                        .00

There was no deposit activity during this statement period

Ending Balance as of   January   31, 2020                                        .00



**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From January   01, 2020
To   January   31, 2020
Page     1 of     2

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

TRIAX CAPITAL ADVISORS LLC                8-722
DEBTOR IN POSSESSION CASE # 19 24145
(PAYROLL ACCOUNT)
22 HARVEST DR
SCARSDALE NY  10583          999          See Back for Important Information

Primary Account: 4          0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
| --- | --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | | |
| BANKRUPTCY CHECKING | | .00 | .00 |
| RELATIONSHIP | TOTAL | | .00 |

SIGNATURE BANK

Statement Period
From January   01, 2020
To   January   31, 2020
Page     2 of     2

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

TRIAX CAPITAL ADVISORS LLC            8-722
DEBTOR IN POSSESSION CASE # 19 24145
(PAYROLL ACCOUNT)
22 HARVEST DR
SCARSDALE NY  10583        999

See Back for Important Information

Primary Account: ░░░░░04        0

BANKRUPTCY CHECKING        04

Summary

Previous Balance as of January   01, 2020                                         .00

There was no deposit activity during this statement period

Ending Balance as of   January   31, 2020                                        .00



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From January   01, 2020
To   January   31, 2020
Page    1 of    2

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

TRIAX CAPITAL ADVISORS LLC          8-722
DEBTOR IN POSSESSION  CASE # 19 24145
(OPERATING ACCOUNT)
22 HARVEST DR
SCARSDALE NY  10583        999          See Back for Important Information

Primary Account:           0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 12      BANKRUPTCY CHECKING | | .00 | .00 |
| RELATIONSHIP      TOTAL | | | .00 |

# SIGNATURE BANK

Statement Period
From January   01, 2020
To   January   31, 2020
Page    2 of    2

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

TRIAX CAPITAL ADVISORS LLC            8—722
DEBTOR IN POSSESSION  CASE # 19 24145
(OPERATING ACCOUNT)
22 HARVEST DR
SCARSDALE NY  10583        999

See Back for Important Information

Primary Account:         0

BANKRUPTCY CHECKING

Summary

Previous Balance as of January   01, 2020                                                    .00

There was no deposit activity during this statement period

Ending Balance as of   January   31, 2020                                                    .00