Stephanie R. Feldman, Esq.
Izower Feldman, LLP
1325 Franklin Ave.
Suite 255
Garden City, NY 11530
Tel. (646) 448-9012
Fax (646) 304-7071

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| TRIAX CAPITAL ADVISORS LLC | Case No. 19-24145 (RDD) |
| Debtor. | |

PLEASE TAKE NOTICE that Stephanie R. Feldman of Izower Feldman LLP, hereby appears in the above-captioned case as counsel for creditor Izower Feldman, LLP ("Izower Feldman"), and requests pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 342 and 1109(b) to be placed on the mailing matrix or service lists that may be used for any purpose in this case, and that all (i) notices given or required to be given in this case by the Court, the debtor and/or any other party in inters and (ii) papers served or required to be served in the case, be given to and serve upon the undersigned attorney, at the address set forth below:

> Izower Feldman, LLP
> 1325 Franklin Ave., Suite 255
> Garden City, NY 11530
> Tel. (646) 448-9012
> Fax (646) 304-7071
> sfeldman@izowerfeldman.com

PLEASE TAKE FURTHER NOTICE that, the foregoing requests includes not only the notices and papers referred to in the bankruptcy Rules, but also includes, without limitation,

1

orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax, email or otherwise.

Dated:  May 15, 2020

                                                Respectfully submitted,

                                                *s/ Stephanie R. Feldman*

                                                Stephanie R. Feldman, Esq.
                                                Izower Feldman, LLP
                                                1325 Franklin Ave., Suite 255
                                                Garden City, NY 11530
                                                Tel. (646) 448-9012
                                                Fax (646) 304-7071