KIRBY AISNER & CURLEY LLP  *Hearing Date: June 15, 2020*
*Attorneys for the Debtor*  *Hearing Time: 10:00 AM*
700 Post Road, Suite 237
White Plains, New York 10709
(914) 401-9500
Erica R. Aisner, Esq

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

TRIAX CAPITAL ADVISORS, LLC,   Chapter 11
                               Case No. 19-24145(RDD)
                Debtor.
------------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF HEARINGS

**PLEASE TAKE NOTICE**, that the hearing on the (1) Debtor's Motion for an Order Extending Exclusive Periods Pursuant to 11 U.S.C §1121(d)(1); and (2) Motion for Objection to Claim Numbers 5 and 6 filed by David Weinbach and Principal Land currently scheduled to be heard on June 12, 2020 at 10:00 a.m. before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the Office of the United States Bankruptcy Court, 300 Quarropas Street (Room TBD), White Plains, New York 10601 have been adjourned until **June 15, 2020 at 10:00 a.m**. at the same location.

**PLEASE TAKE FURTHER NOTICE**, that in light of the COVD-19 pandemic, pursuant to SDNY General Order M-543, all hearings will be conducted telephonically pending further order of this Court. Parties that wish to appear at the hearing must register with CourtSolutions at https://www/court-solutions.com. CourtSolutions telephonic appearance instructions can be found in General Order M-543. Parties are advised to check the Court Calendar the day before for updated call in times.

Dated: Scarsdale, New York       KIRBY AISNER & CURLEY LLP
       June 8, 2020              *Attorneys for the Debtors*
                                 700 Post Road, Suite 237
                                 Scarsdale, New York 10583
                                 (914) 401-9500

                                 By: */s/ Erica R. Aisner*
                                     Erica R. Aisner