KIRBY AISNER & CURLEY LLP                    *Hearing Date: June 16, 2020*
*Attorneys for the Debtor*                              *Hearing Time: 10:00 AM*
700 Post Road, Suite 237
White Plains, New York 10709
(914) 401-9500
Erica R. Aisner, Esq

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                           Chapter 11

TRIAX CAPITAL ADVISORS, LLC,        Case No. 19-24145(RDD)

                           Debtor.
-----------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF HEARINGS

**PLEASE TAKE NOTICE**, that the hearing on the Motion of the United States Trustee to Convert Chapter 11 Case to Chapter 7 or Dismiss this Chapter 11 Case currently scheduled to be heard on June 12, 2020 at 10:00 a.m. before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the Office of the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 have been adjourned until **June 16, 2020 at 10:00 a.m**.  All other matters currently scheduled for June 15, 2020 are marked off the calendar without prejudice.

**PLEASE TAKE FURTHER NOTICE**, that in light of the COVD-19 pandemic, pursuant to SDNY General Order M-543, all hearings will be conducted telephonically pending further order of this Court. Parties that wish to appear at the hearing must register with CourtSolutions at https://www/court-solutions.com. CourtSolutions telephonic appearance instructions can be found in General Order M-543. Parties are advised to check the Court Calendar the day before for updated call in times.

Dated: Scarsdale, New York                KIRBY AISNER & CURLEY LLP
        June 12, 2020                          *Attorneys for the Debtors*
                                                 700 Post Road, Suite 237
                                                 Scarsdale, New York 10583
                                                 (914) 401-9500

                                                 By: */s/ Erica R. Aisner*
                                                       Erica R. Aisner