UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

In re

TRIAX CAPITAL ADVISOR LCC,

                      Debtor.

-------------------------------------------------------- x

:    Case No. 19-24145 (RDD)

:    Chapter 11

## ORDER DISMISSING CHAPTER 11 CASE

Upon the motion of the United States Trustee having for an order under 11 U.S.C. § 1112(b) converting or dismissing this case (Dkt No. 38) (the "Motion"); and there being due and sufficient notice of the Motion, and no additional notice being required; and  upon the record of the hearing held by the Court on the Motion on June 16, 2020, and all of the proceedings herein; and, after due deliberation, the Court having determined that good and sufficient cause has been established to dismiss this case and that such dismissal, rather than conversion of this case to a case under chapter 7 of the Bankruptcy Code, is in the interests of creditors and, to the extent relevant, the debtor's interest holder(s); now, therefore, it is hereby

ORDERED, that this case commenced under chapter 11 of the Bankruptcy Code is dismissed pursuant to 11 U.S.C. § 1112(b); and it is further

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930 within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.

Dated: White Plains, New York
June 22, 2020

*/s/Robert D. Drain*
UNITED STATES BANKRUPTCY JUDGE