# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Triax Capital Advisors LLC | CASE NO.: 19–24145–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 37–1831326 | CHAPTER: 11 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 11 case.

Triax Capital Advisors LLC was dismissed from the case on June 22, 2020 .

Dated: June 22, 2020                                         Vito Genna
                                                                             Clerk of the Court